UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FREDRICK L. GUEST, | ) | CASE NO. SA CV 07-453-VBF (PJW) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| JOHN MARSHALL, WARDEN, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: 2-24-10.

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE

S:\PJW\Cases-State Habeas\GUEST, F 453\Judgment.wpd